KENNETH TURNER, Respondent, *v.* COUNTY OF CLINTON, Appellant.

Submitted May 23, 1955; decided June 2, 1955.

*Thomas A. Robinson* for motion.

*Armond A. Mancuso* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.